UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZALINA ABELLAN, *et al.*, | No. C-11-4765 EMC |
| Plaintiffs, | |
| v. | **ORDER RE PLAINTIFFS' RECENT FILINGS** |
| WORLD SAVINGS BANK, FSB, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court is in receipt of two documents from Plaintiffs in this action, both styled as a "writ of mandamus." *See* Docket Nos. 17, 18. Given the Court's previous Order dismissing Plaintiffs' first complaint with leave to amend, *see* Docket No. 15, the Court construes Plaintiffs' filings at Docket Nos. 17 and 18 as Plaintiffs' Amended Complaint. Defendants shall respond to the Amended Complaint within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated: January 4, 2012

_____
EDWARD M. CHEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RIZALINA ABELLAN et al,

    Plaintiff,

v.

WORLD SAVINGS BANK et al,

    Defendant.

Case Number: CV11-04765 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rizalina Abellan
75 Poncettta Dr.
Apt. 125
Daly City, CA 94015

**David-Wynn Miller**
75 Poncettta Drive
Apt. 125
Daly City, CA 94015

Dated: January 4, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2